

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-64,007-11

### EX PARTE STEVEN EDWARD VILLNAVE, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. W13-22214-U(B) IN THE 291ST DISTRICT COURT
## FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of driving while intoxicated and sentenced to fifty years' imprisonment. The Fifth Court of Appeals affirmed his conviction. *Villnave v. State*, No. 05-13-00617-CR (Tex. App.—Dallas Feb. 28, 2014) (not designated for publication).

Applicant contends, among other things, that he was denied pre-sentence credit and that trial and appellate counsel were ineffective. His pre-sentence claim is dismissed. *Ex parte Ybarra*, 149

S.W.3d 147 (Tex. Crim. App. 2004). His remaining claims are denied. Accordingly, this application

is dismissed in part and denied in part.

Filed: November 18, 2015
Do not publish